UNITED STATS DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-7-H

WILLY ARAGON                                                                                          PLAINTIFF

V.

UNITED STATES POSTAL SERVICE                                                           DEFENDANT

**MEMORANDUM AND ORDER**

Plaintiff has asked the Court to reopen this case based upon his suggested compliance with the Federal Tort Claims Act exhaustion requirements. The Court is not certain whether Plaintiff has now complied with those requirements. However, it is clear that the Court cannot reopen a case on those grounds.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to reopen is DENIED.

cc:   Willy Aragon, *Pro Se*
       United States Attorney