**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. 3:07CV-7-H**

**WILLY ARAGON**                                                    **PLAINTIFF/APPELLANT**

**v.**

**UNITED STATES POSTAL SERVICE**                    **DEFENDANT/APPELLEE**

**MEMORANDUM AND ORDER**

By Memorandum and Order entered May 18, 2007, the Court dismissed the action for lack of subject matter jurisdiction for failure to exhaust required administrative remedies. Thereafter, Plaintiff/Appellant Willy Aragon filed his first motion to reopen, which the Court denied by Memorandum and Order entered August 14, 2007. Days later, Aragon filed a second motion to reopen raising the same argument raised in his first motion to reopen. The Court, therefore, summarily denied the second motion to reopen by Order entered August 23, 2007. Aragon has now filed an appeal of the August 23, 2007, Order denying his second motion to reopen this case, and currently pending before this Court is Aragon's application to proceed on appeal without prepayment of fees.

For the reasons set forth in the Court's prior Memoranda and Orders dismissing the case and denying the motions to reopen, the Court concludes that the appeal is frivolous and, therefore, not taken in good faith. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962) (holding that "good faith" is demonstrated when a petitioner "seeks appellate review of any issue not frivolous"). Accordingly, **IT IS ORDERED** that the application to proceed on appeal without prepayment of fees (DN 28) is **DENIED**.

In order for Aragon to proceed with an appeal in this action, **he must either (1) pay the $455.00 appellate filing fee in full to the Clerk of the District Court within 30 days of receiving notice of this Order or (2) file a motion to proceed on appeal *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit within 30 days of receiving notice of this Order in accordance with Fed. R. App. P. 24(a)(5).** *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

Should Aragon choose to pay the full $455.00 appellate filing fee rather than file a motion to proceed on appeal *in forma pauperis* in the Court of Appeals, payment shall be made payable to **Clerk, U.S. District Court** and mailed to or made in person at the following address:

>United States District Court
>Western District of Kentucky
>106 Gene Snyder Courthouse
>601 West Broadway
>Louisville, Kentucky 40202

Failure either to pay the $455.00 filing fee or to file an application to proceed on appeal *in forma pauperis* with the United States Court of Appeals for the Sixth Circuit **within 30 days may result in dismissal** of Aragon's appeal. *Callihan*, 178 F.3d at 804.

Pursuant to Fed. R. App. P. 24(a)(4), the Clerk of Court shall serve a copy of this Order on the parties and the United States Court of Appeals for the Sixth Circuit.

Date:

cc:   Plaintiff/Appellant, *pro se*
      Counsel of Record
      Clerk, Sixth Circuit
4412.005